IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL E. SCHINKEL,

    Petitioner,      No. CIV S-09-2247 FCD DAD P

    vs.

BOARD OF PAROLE HEARINGS,

    Respondent.     <u>ORDER</u>

                                                  /

On October 21 2009, petitioner filed a motion to proceed in forma pauperis. Petitioner, however, has already paid the $5.00 filing fee for this action. Accordingly, IT IS HEREBY ORDERED that petitioner's October 21, 2009 motion to proceed in forma pauperis (Doc. No. 9) is denied as unnecessary.

DATED: October 5, 2010.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:sj
schi2247.ifp